IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOURNAL COMMUNICATIONS, INC., ) ) Plaintiff, ) ) v. ) ) WILLIAM SABO, ) PRIVATE LABEL MEDIA PARTNERS, ) LLC; and CRYE-LEIKE, INC., ) ) Defendant. ) | NO. 3:07-00605 JUDGE HAYNES |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant Crye-Leike, Inc's .motion to dismiss (Docket Entry No. 49) is **GRANTED** and this action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 26th day of March 2008.

WILLIAM J. HAYNES, JR.
United States District Judge